IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHARLES WASH,<br><br>    Plaintiff,<br><br>v.<br><br>JASON D. BRYANT, ZIPP EXPRESS, LLC<br>and GREAT WEST CASUALTY COMPANY<br><br>    Defendants. | CIVIL ACTION<br><br>STATE COURT FILE NO.: 19-SCCV-089988-JBH |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that specially appearing Defendants JASON D. BRYANT, ZIPP EXPRESS, LLC, as well as GREAT WEST CASUALTY COMPANY being the Defendants named in this action, hereby remove to this Court the State Court action described below and respectfully show the Court the following:

1.

A civil action was filed by the above-named Plaintiff Lewis Brown in the State Court of Bibb County, State of Georgia, naming JASON D. BRYANT, ZIPP

EXPRESS, LLC, and GREAT WEST CASUALTY COMPANY as the Defendants, being Civil Action File No. 19-SCCV-089988-JBH, the Summons and Complaint and all other pleadings and discovery in said civil action being attached hereto as Exhibit "A".

2.

At the time of the filing of the Complaint, the Plaintiff was citizen and resident of the State of Georgia.

3.

At the time of the filing of the Complaint, Defendant ZIPP EXPRESS, LLC, was discharged in bankruptcy and was not longer a legal entity. At the time of this subject accident, ZIPP EXPRESS, LLC was a foreign corporation organized under the laws of the State of Tennessee with its principal place of business located at 120 Caroline Way, Gallatin Sumner County Tennessee, 37066.

4.

At the time of the filing of the Complaint, Defendant GREAT WEST CASUALTY, was a foreign corporation organized under the laws of the State of Nebraska with its principal place of business located at P.O. Box 277, 1100 West 29th Street, South Sioux City, Dakota County, Nebraska, 68776-0277.

5.

At the time of the filing of the Complaint Defendant JASON D. BRYANT was a resident of Tennessee.

6.

The Plaintiff seeks judgment against the Defendants for sums in excess of $75,000.00, exclusive of interest and costs.

7.

The foregoing action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(a) and (b) and, in accordance with 28 U.S.C. § 1332(a), there being diversity of citizenship between the plaintiffs and all of the defendants and the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. Specifically, Plaintiff's counsel has represented that Plaintiff's realized medical expenses are over $100,000.00, as well as lost wages, claims for pain and suffering, and any and all necessary expenses.

8.

Now, within thirty (30) days after receipt by Defendants of a copy of the Summons and Complaint filed in the State Court of Bibb, State of Georgia, notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11, Federal Rules of Civil Procedure, of the removal of said action to this Court.

This 27th day of June, 2019.

           MCMICKLE, KUREY & BRANCH, LLP

           /s/ Kevin P. Branch

           KEVIN P. BRANCH
           Ga Bar No. 111839
           KEN M. BARRE, III
           Ga Bar No. 930966
           *Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA  30009
Telephone:  (678) 824-7800
Facsimile:  (678) 824-7801

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing **SPECIALLY APPEARING DEFENDANTS JASON D. BRYANT, ZIPP EXPRESS, LLC, AND DEFENDANT GREAT WEST CASUALTY NOTICE OF REMOVAL** by depositing same in the United States Mail in a properly-addressed envelope with adequate postage thereon to:

> David Dozier
> The Dozier Law Firm, LLC
> P. O. Box 13
> Macon, GA  31202-0013
> *Attorney for Plaintiff*

This 27th day of June, 2019.

/s/ Kevin P. Branch
_____
KEVIN P. BRANCH
For the Firm